IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01302-EWN-MJW

LUCHT'S CONCRETE PUMPING, INC.,

Plaintiff(s),

v.

GILBERT VANDEVOORT, and
FLOYD WILD, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Intervention, DN 9, filed with the Court on August 9, 2006, is GRANTED and shall be accepted for filing.  St. Paul Fire and Marine Insurance Company shall forthwith refile the Complaint for Intervention in this matter.

Date:  August 10, 2006