**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-01302-EWN-MJW

LUCHT'S CONCRETE PUMPING, INC.,

    Plaintiff,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff-Intervenor,

v.

GILBERT VANDEVOORT; and
FLOYD WILD, INC.,

    Defendants.

_____

**MINUTE ORDER**
(DN 17)

_____

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Vacate September 13, 2006 Scheduling/Planning Conference. Being fully advised in the premises, the Court hereby GRANTS the relief requested. The Scheduling/Planning Conference set on September 13, 2006, at 9:30 a.m., is VACATED.

Date: September 11, 2006

_____