IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01302–EWN–MJW

LUCHT'S CONCRETE PUMPING, INC.,

    Plaintiff,

v.

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Plaintiff-Intervenor,

v.

GILBERT VANDEVOORT, and
FLOYD WILD, INC.,

    Defendants.

## ORDER

This matter is before the court on Defendants' motion to remand (#16). The motion is unopposed. Accordingly, it is

ORDERED that the case be remanded to the Jefferson County, Colorado, District Court.

Dated this 19th day of September, 2006.

            BY THE COURT:

            s/ Edward W. Nottingham
            EDWARD W. NOTTINGHAM
            United States District Judge